IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

**FILED**

JUL 21 2020

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| -vs- | ) No. CR-20-183-HE |
| BLAKE LAWRENCE KRETCHMAR, | ) Violation: 18 U.S.C. § 658 |
| Defendant. | ) |

# INDICTMENT

The Federal Grand Jury charges:

### COUNTS 1–10
(Conversion of Property Pledged to a Farm Credit Agency)

1. On or about the dates listed below, within the Western District of Oklahoma and elsewhere,

--------------------------- **BLAKE LAWRENCE KRETCHMAR,** ---------------------------
with the intent to defraud, knowingly concealed, removed, disposed of, and converted to his own use and that of another, property pledged to and held by Farm Credit of Enid, PCA, a part of the Farm Credit Administration. **KRETCHMAR** deposited by check into his personal bank account the collateral and proceeds from selling collateral, as described below, without remitting to Farm Credit of Enid, PCA, the property and proceeds therefrom that were pledged to Farm Credit of Enid, PCA.

| Count | Description of Collateral and Proceeds from Selling Collateral | Deposit Date | Deposit Amount |
|---|---|---|---|
| 1 | Proceeds from Sale of Cattle | 3/21/2016 | $5,499.52 |
| 2 | Personal Farming Income from USDA Treasury Payment | 3/25/2016 | $10,303.02 |
| 3 | Proceeds from Sale of Cattle | 4/4/2016 | $6,480.21 |
| 4 | Proceeds from Sale of Cattle | 4/15/2016 | $13,110.25 |
| 5 | Custom Cattle Care Revenues | 5/12/2016 | $8,097.25 |
| 6 | Custom Farming Revenues | 5/12/2016 | $14,580.00 |
| 7 | Custom Cattle Care Revenues | 6/24/2016 | $4,039.75 |
| 8 | Custom Farming Revenues | 7/19/2016 | $10,800.00 |
| 9 | Custom Cattle Care Revenues | 8/5/2016 | $4,039.75 |
| 10 | Custom Cattle Care Revenues | 8/25/2016 | $9,750.00 |

All in violation of Title 18, United States Code, Section 658.

A TRUE BILL:

*Lanya Paisells*

FOREPERSON OF THE GRAND JURY

TIMOTHY J. DOWNING
United States Attorney

*K. McKenzie Anderson*

K. McKENZIE ANDERSON
Assistant United States Attorney